## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DIVISION – LAW DEPARTMENT

| | |
|---|---|
| ATHANASIA DREBOS, ) | |
| ) | |
| Plaintiff, ) | Case No. |
| ) | |
| v. ) | |
| ) | |
| DENNIS BAGINSKI and ) | |
| PIONEER TRANSPORTATION, LTD., ) | |
| ) | |
| Defendant. ) | |

## COMPLAINT

NOW COMES Plaintiff, ATHANASIA DREBOS, by and through her attorneys, The Memmen Law Firm, LLC and for her Complaint against Defendants, DENNIS BAGINSKI and PIONEER TRANSPORTATION, LTD., states and pleads as follows:

### PARTIES

1) Plaintiff, ATHANASIA DREBOS, is an adult individual residing in the State of Illinois, County of Cook.

2) Defendant, DENNIS BAGINSKI, is, upon information and belief, an adult individual residing in the State of Wisconsin.

3) Defendant, PIONEER TRANSPORTATION, LTD., upon information and belief, a Wisconsin corporation with a primary place of business at N2130

### JURISDICTION AND VENUE

4) Jurisdiction and venue are proper in Cook County, Illinois, where Plaintiff resides in Cook County, Illinois and where the acts and omissions committed by Defendant occurred in Cook County, Illinois.

1

## COUNT I – NEGLIGENCE

5) Plaintiff incorporates by reference paragraphs 1 through 4 of her Complaint as if fully set forth herein.

6) On March 11, 2013, Plaintiff was operating her vehicle, proceeding eastbound on the 90/94 Kennedy Expressway in Cook County, Chicago, Illinois.

7) At said time and place, Defendant, DENNIS BAGINSKI, was operating his vehicle, proceeding southbound on the 90/90 Kennedy Expressway in Cook County, Chicago, Illinois.

8) At or near the Adams Street exit, Plaintiff was stopped behind traffic. Defendant then and there failed to stop and rear-ended another vehicle, driving it into the rear-end of Plaintiff's vehicle.

9) At all relevant times, Defendant had a duty to exercise reasonable care in the operation of his vehicle.

10) Defendant violated that duty in the following ways:

　　a) In violation of 625 ILCS 5/11-601, operated his automobile at a speed which was greater than was reasonable and proper having regard to traffic conditions and the use of the highway, and so as to endanger the safety of Plaintiff;

　　b) In violation of 625 ILCS 5/11-608, operated his automobile at speed greater than the maximum speed posted for travel;

　　c) Failed to keep a proper lookout for traffic around him;

　　d) Failed to operate his brakes so as to stop before colliding with Plaintiff's vehicle;

　　e) Failed to yield to traffic;

2

11) At all relevant times, Plaintiff exercised reasonable care in operating her vehicle and, despite her best efforts, was unable to avoid Defendant's vehicle.

12) As a direct and proximate result of Defendant's complained of acts of negligence, Plaintiff sustained injuries, affecting his ability to attend to her duties at home and at work, Plaintiff suffered pain and suffering and loss of normal life, and will continue to suffer in the future, and Plaintiff incurred medical expenses and will incur additional expenses in the future.

WHEREFORE, Plaintiff demands judgment against Defendant, DENNIS BAGINSKI, to exceed $50,000.00 (Fifty Thousand Dollars) and such additional amounts as the jury and the Court deem proper, including the costs of this suit.

## COUNT II – *RESPONDEAT SUPERIOR*

13) Plaintiff incorporates by reference paragraphs 1 through 12 of her Complaint as if fully set forth herein.

14) At all times relevant to this Complaint, and as alleged in Count I, Defendant, DENNIS BAGINSKI, was a duly-authorized agent and/or employee of Defendant PIONEER TRANSPORTATION, LTD., acting within the scope of his agency and/or employment.

15) Defendant PIONEER TRANSPORTATION, LTD., exercised substantial control over Defendant DENNIS BAGINSKI.

16) Defendant PIONEER TRANSPORTATION, LTD., is responsible for the actions of its agent and/or employee, DENNIS BAGINSKI under the doctrine of *respondeat superior*.

17) As a direct and proximate result of Defendant's complained of acts of negligence, Plaintiff sustained injuries, affecting his ability to attend to her duties at home and at work, Plaintiff suffered pain and suffering and loss of normal life, and will continue to suffer in the future, and Plaintiff incurred medical expenses and will incur additional expenses in the future.

WHEREFORE, Plaintiff demands judgment against Defendant, PIONEER TRANSPORTATION, LTD., to exceed $50,000.00 (Fifty Thousand Dollars) and such additional amounts as the jury and the Court deem proper, including the costs of this suit.

Respectfully Submitted,

ATHANASIA DREBOS

By: _____
One of her attorneys

Alexander McH. Memmen (#6290208)
The Memmen Law Firm, LLC
Cook County Bar Number: 52431
505 North LaSalle, Suite 575
Chicago, Illinois 60654
P. 312.878.2357
F. 312.794.1813

# IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DIVISION – LAW DEPARTMENT

| | |
|---|---|
| ATHANASIA DREBOS, | ) |
| | ) |
| Plaintiff, | ) Case No. |
| | ) |
| v. | ) |
| | ) |
| DENNIS BAGINSKI and | ) |
| PIONEER TRANSPORTATION, LTD., | ) |
| | ) |
| Defendant. | ) |

The undersigned, as attorney for the Plaintiff herein, states as follows:

1. That the total of money damages sought in the above-captioned lawsuit exceeds $50,000.00.

Under penalties provided by law pursuant to § 1-109 of the Illinois Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies that the verily believes the same to be true.

Respectfully Submitted,

THE MEMMEN LAW FIRM, LLC

By: _____
Alexander McH. Memmen

Alexander McH. Memmen (#6290208)
The Memmen Law Firm, LLC
Cook Co.: 52431
505 North LaSalle Street, Suite 575
Chicago, IL 60654
P. 312.878.2357
F. 312.794.1813