# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Athanasia Drebos

                                        Plaintiff,

v.                                                    Case No.: 1:15−cv−05124
                                                      Honorable Charles P. Kocoras

Pioneer Transportation, Ltd., et al.

                                        Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 8, 2015:

      MINUTE entry before the Honorable Charles P. Kocoras: Status hearing held. Counsel reports to the Court that this case has settled. The Court will dismiss this case without prejudice with leave to reinstate on or before 12/7/2015. If no motion to reinstate is filed by 12/7/2015, dismissal will then become with prejudice. Civil case terminated. Mailed notice(vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.